tion), and we conclude that the district court did not abuse its discretion in denying Muldrow's request for a new trial or err in denying his request for judgment as a matter of law, *see McKnight v. Johnson Controls, Inc.*, 36 F.3d 1396, 1400 (8th Cir.1994) (setting forth standards of review; key question on review of denial of new trial is whether new trial should have been granted to avoid miscarriage of justice; judgment as matter of law is appropriate only where all evidence points one way and is susceptible of no reasonable inference sustaining position of nonmoving party).

Accordingly, we affirm.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

**PER CURIAM.**

Donald Eastman filed this suit seeking to quiet title to certain property and requesting damages under 26 U.S.C. § 7433. The district court[1] granted summary judgment for the United States, and Eastman appeals. After careful de novo review, viewing the evidence and all fair inferences from it in the light most favorable to Eastman, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Donald Wayne EASTMAN, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 09–3806.

United States Court of Appeals, Eighth Circuit.

Submitted: June 29, 2010.

Filed: July 23, 2010.

Donald Wayne Eastman, Camden, AR, pro se.

Daniel Applegate, Thomas J. Clark, Olivia R. Hussey, Kenneth W. Rosenberg, Julie Shana Saltman, U.S. Department of Justice, Washington, DC, for Appellee.

**James GERMALIC, Independent Candidate for President, pro se, Appellant,**

v.

**John GALE, Secretary of State Lincoln, Nebraska, Appellee.**

No. 09–3752.

United States Court of Appeals, Eighth Circuit.

Submitted: July 20, 2010.

Filed: July 23, 2010.

James Germalic, Independent Candidate for President, Parma, OH, pro se.

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.